[No. 1701–3.   Division Three.   June 15, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. DANIEL THOMAS ATTEBERRY, *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 64915, Albert N. Bradford, J., entered September 18, 1975. *Affirmed* by unpublished opinion per Roe, J., concurred in by Munson, C.J., and Green, J.

[No. 4977–1.   Division One.   June 19, 1978.]

*In the Matter of the Marriage of* ANNE S. BORMAN, *Respondent, and* RICHARD H. BORMAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. D–84869, Charles R. Denney, J. Pro Tem., entered July 28, 1976. *Affirmed* by unpublished opinion per Dore, J., concurred in by Williams and Andersen, JJ.

[No. 4993–1.   Division One.   June 19, 1978.]

BEVERLY A. RADER, *Appellant,* v. ROBERT C. FIRTH, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. D–88076, James W. Mifflin, J., entered September 8, 1976. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Williams and Dore, JJ.